64 A.3d 493

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner

v.

Wendy K. WEIKAL a/k/a Wendy Weikal Beachat, Respondent.

Misc. Docket AG No. 9, Sept. Term, 2013.

Court of Appeals of Maryland.

April 9, 2013.

## ORDER

This matter, having come before the Court upon the filing of a Petition for Disciplinary or Remedial Action and request for

interim suspension pursuant to Maryland Rule 16–773(d), with attached certified copy of her Verified Statement of Resignation dated January 11, 2013, whereby that disciplinary agency revoked the license of Respondent, Wendy K. Weikal aka Wendy Weikal–Beachat, in the Commonwealth of Pennsylvania, effective February 21, 2013; and it appearing that Wendy K. Weikal aka Wendy Weikal–Beachat is also a member of the Bar of this Court; it is this 9th day of April, 2013,

ORDERED, by the Court of Appeals of Maryland, that Respondent, Wendy K. Weikal aka Wendy Weikal–Beachat, be, and she is hereby, suspended, effective immediately, from the further practice of law in the State of Maryland, pending further order of this Court, pursuant to Maryland Rule 16–773(d); and it is further

ORDERED that the Clerk of this Court shall strike the name Wendy K. Weikal aka Wendy Weikal–Beachat, from the register of attorneys, and pursuant to Maryland Rule 16–760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.